### MENEFEE *v.* THE STATE.

ATKINSON, J. The excerpts from the court's charge, to which exception was taken, are not erroneous for any reason stated in the criticism thereof set forth in any proper assignment of error contained in the motion for new trial. The evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur.*

Argued December 16, 1907.—Decided January 30, 1908.

Indictment for murder. Before Judge Fite. Gordon superior court. November 11, 1907.

*Thomas W. Milner & Son,* for plaintiff in error. *John C. Hart, attorney-general,* and *Sam. P. Maddox, solicitor-general,* contra.